UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY PACHECO, *et al.*,

    Plaintiffs,

v.

FORD MOTOR CO.,

    Defendant.
_____/

Case No. 22-11927

Hon. George Caram Steeh

## JUDGMENT

In accordance with the court's order granting Defendant's motion to dismiss, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant.

                        KINIKIA ESSIX
                        CLERK OF THE COURT

                By:   Michael Lang
APPROVED:               Deputy Clerk

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 22, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk