UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY PACHECO, *et al.*,

    Plaintiffs,

v.

FORD MOTOR CO.,

    Defendant.

_____/

Case No. 22-11927

Hon. George Caram Steeh

ORDER GRANTING MOTION FOR RELIEF
FROM JUDGMENT AND REOPENING CASE

    The court previously granted Defendant's motion to dismiss this action on prudential mootness grounds. Plaintiffs appealed to the Sixth Circuit. In the meantime, Plaintiffs filed a motion for relief from judgment pursuant to Rule 60(b), based upon newly discovered facts. The court lacked jurisdiction to definitively rule on the motion, due to the pending appeal. *See* ECF No. 34. The court provisionally granted the motion, pending remand from the Sixth Circuit. Because the Sixth Circuit has since remanded the case, the court will grant Plaintiffs' motion for relief from judgment (ECF No. 26) and reopen this action. Plaintiffs may file an amended complaint within thirty (30) days of the date of this order.

SO ORDERED.

Dated: November 25, 2024

/s/George Caram Steeh
George Caram Steeh
United States District Judge